# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>JORGE LUIS MAGDALENO, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00181-SAB<br><br>ORDER ADDRESSING INFORMAL DISCOVERY DISPUTE |

On May 25, 2016, the Court conducted an informal telephonic conference regarding a discovery dispute in this action. Tanya Moore appeared for Plaintiff and Richard Rumery appeared for Defendants Sam A. Sciacca and Marlene E. Sciacca. The parties had a dispute regarding whether the site inspection should be allowed to proceed on May 25. After the Court's tentative ruling that the site inspection would proceed at some time during the course of the litigation and the Court's additional options offered to the parties, the parties agreed to have the site inspection proceed on May 25 without further order of the Court.

IT IS SO ORDERED.

Dated:   **May 26, 2016**

UNITED STATES MAGISTRATE JUDGE

1