# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>              Plaintiff,<br><br>       v.<br><br>JORGE LUIS MAGDALENO dba<br>MERCADO SOL DEL VALLE, et al.,<br><br>              Defendants. | Case No.  1:16-cv-00181-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE<br>DISPOSITIONAL DOCUMENTS<br><br>SEPTEMBER 14, 2016 DEADLINE |

On August 15, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 24.)

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     Plaintiff shall file dispositional documents on or before September 14, 2016.

IT IS SO ORDERED.

Dated:   **August 16, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1