# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE LUIS MAGALENO, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00181-SAB<br><br>ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>(ECF No. 26) |

On August 25, 2016, Plaintiff filed a stipulation to dismiss this action as the parties have reached a settlement. Based upon the stipulation of the parties, this action is dismissed against Defendant Jorge Luis Magdaleno with prejudice and against Sam A. Sciacca, Trustee of the Sciacca Family Revocable Trust of October 22, 2001, and Marlene E. Sciacca, Trustee of the Sciacca Family Revocable Trust of October 22, 2001, without prejudice. This matter is dismissed in its entirety. Each party shall bear its own costs and attorney fees incurred in this action.

IT IS SO ORDERED.

Dated: **August 26, 2016**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1